# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANNA ADAMSKA, N/K/A ANNA
CHLEWICKA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE SANDRA L.
POMRENZE, DISTRICT JUDGE,
Respondents,
and
MARIUSZ ADAMSKI,
Real Party in Interest.

No. 78450

FILED

MAY 15 ...

ELIZABETH ...
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This original petition for a writ of prohibition challenges a district court order scheduling an evidentiary hearing as to declaratory relief in a divorce action. Having considered the petition and supporting documents, we are not convinced that petitioner has met her burden of demonstrating that our intervention is warranted at this time, *see Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004), and therefore, we decline to exercise our discretion in this matter. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

19-21305

cc: Hon. Sandra L. Pomrenze, District Judge, Family Court Division
McFarling Law Group
Mariusz Adamski
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A